No. 708. DANISH, TRUSTEE, *v.* SOFRANSKI ET AL. February 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel C. Duberstein* for petitioner. *Mr. Louis J. Vorhaus* for respondents.

No. 712. WABASH APPLIANCE CORP. ET AL. *v.* GENERAL ELECTRIC Co. February 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Samuel E. Darby, Jr.* and *Paul Kolisch* for petitioners. *Messrs. Hubert Howson* and *Merrell E. Clark* for respondent.

No. 721. PEERLESS EQUIPMENT Co. *v.* W. H. MINER, INC. February 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Otto Raymond Barnett, George L. Wilkinson,* and *Rodney Bedell* for petitioner. *Mr. George I. Haight* for respondent.

No. 762. BELK *v.* MASSMAN CONSTRUCTION Co. February 28, 1938. Petition for writ of certiorari to the Supreme Court of Nebraska, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Carl F. Belk, pro se.* No appearance for respondent.

No. 777. POLLITT *v.* HALL, ACTING SUPERINTENDENT. February 28, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Basil H. Pollitt, pro se.* No appearance for respondent.